Steven J. Rocci (*pro hac vice*)
Henrik D. Parker (*pro hac vice*)
Jeffrey W. Lesovitz (*pro hac vice*)
Ronald C. Kern, Jr. (*pro hac vice*)
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Email:  hparker@bakerlaw.com
          srocci@bakerlaw.com
          jlesovitz@bakerlaw.com
Telephone:  215.568.3100
Facsimile:  215.568.3439

J. David Bournazian (State Bar No. 186194)
**BAKER & HOSTETLER LLP**
600 Anton Boulevard
Suite 900
Costa Mesa, CA  92626-7221
Email:  dbournazian@bakerlaw.com
Telephone:  714.754.6600
Facsimile:  714.754.6611

Attorneys for Defendant AUTOBASE, INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| AUTOALERT, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DOMINION DEALER SOLUTIONS, LLC; AUTOBASE, INC.; and 110 REYNOLDS, LLC,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: SACV12-01661 JLS (JPRx)<br><br>**MOTION OF AUTOBASE, INC. FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 FOR LACK OF PATENT ELIGIBILITY**<br><br>Date:  December 5, 2014<br>Time:  2:30 p.m.<br>Ctrm:  10A<br><br>The Hon. Josephine L. Staton |

AutoBase, Inc. ("AutoBase") moves for summary judgment pursuant to FED.R.CIV.P. 56 that all of the patent claims asserted against Defendents in this

action are invalid. Each of the asserted claims attempts to cover what is, at base, a generic, long-known idea – methods that even Plaintiff AutoAlert, LLC ("AutoAlert") admits were being performed manually in the prior art – placed on to a computer that, as a matter of law, is ineligible as patentable subject matter under 35 U.S.C. § 101. As such, the patents are invalid and cannot form the basis of a proper civil action. AutoBase requests that the Court address this issue now before the parties are required to proceed with any more time-consuming and expensive discovery or unnecessary claim construction.

Filed herewith are: (1) a Memorandum In Support of this motion; (2) a (Proposed) Order; (3) a Statement Of Undisputed Facts And Conclusions Of Law; (4) Appendix A; (5) Appendix B; and (6) the Declaration of Henrik D. Parker with attached exhibits.

Pursuant to Local Rule 7-3, the substance of the instant motion and any potential resolution of these issues has been discussed and debated between AutoAlert and AutoBase on several occasions and, while disagreeing that the Asserted Claims are invalid, AutoAlert agrees that AutoBase has met its meet and confer obligations for this motion. Thus, a Court ruling on the issue of patent-ineligibility is necessary and of assistance to the parties.

Dated: October 31, 2014

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Henrik D. Parker*
Henrik D. Parker

*Attorneys for Defendant AutoBase, Inc.*